UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAUREEN MURPHY,

                              Plaintiff,

**JUDGMENT**

- against -

CV-06-1989 (JFB)

JOHN E. POTTER, Postmaster General,

                              Defendant.
------------------------------------------------------------X

A Memorandum and Order of Hon. Joseph F. Bianco, United States District Judge, having been filed on June 12, 2008, granting defendant's motion for summary judgment in its entirety, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; and that defendant's motion for summary judgment is granted in its entirety.


Dated: Central Islip, New York
          June 12, 2008

                                          ROBERT C. HEINEMANN
                                          CLERK OF THE COURT

                              BY:    /S/ LORRAINE SAPIENZA
                                        DEPUTY CLERK